**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Jeffrey C. Stone, Inc. d/b/a/ Summit Builders Construction Corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>Greenberg Traurig, LLP, et al.,<br><br>            Defendants. | No. CV 09-2454-PHX-MHM<br><br>**ORDER** |

On August 31, 2010, Plaintiff Jeffrey C. Stone, Inc. d/b/a/ Summit Builders Construction Corporation (Summit) filed a Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Rule 41(a)(1)(A)(i) provides that a "plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Such dismissal is "without prejudice." Fed. R. Civ. P. 41(a)(1)(B).

Here, Defendants George and Mary Jane Everette and Defendant Francine Coles filed answers to Summit's complaint. (Docs. 12, 18) Thus, the Notice of Dismissal is ineffective as to these Defendants. Accordingly,

**IT IS ORDERED** dismissing this action with prejudice as to Defendants George and Mary Jane Everette and Defendant Francine Coles.

**IT IS FURTHER ORDERED** dismissing this action without prejudice as to all

remaining Defendants.

**IT IS FURTHER ORDERED** dismissing the following motions as moot: Docs. 79, 81, 84, 89, 91, 94, 100, 115, 162, 164, 165, 166, 168, 194, 199, and 202.

**IT IS FURTHER ORDERED** that all other motions remain pending.

In light of Defendants' motions for sanctions (Docs. 206, 212, 213) and the Court's concerns regarding Summit's meritless action, that produced a record containing over 2300 pages, and required Defendants to file multiple motions to dismiss, as well as Summit's lack of candor with the Court both in its pleadings and during oral argument,

**IT IS FURTHER ORDERED** requiring Summit within 14 days of the date of this order to show cause in writing why this Court should not impose sanctions against Summit and its counsel.

With respect to the parties' Stipulation for an Extension of Time for Summit to respond to Defendant MCA Financial Group, Limited's Motion for Rule 11 Sanctions (Doc. 206),

**IT IS FURTHER ORDERED** granting said stipulation and requiring Summit to file its Response within 14 days of the date of this order. (Doc. 216)

**IT IS FURTHER ORDERED** directing the Clerk of the Court to enter judgment accordingly.

DATED this 21st day of September, 2010.

Mary H. Murgula
United States District Judge